IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SUBPOENA SERVED ON PHARM/DUR, INC.<br><br>Medical Card System, Inc., MCS Life Insurance, Inc., and MCS Advantage, Inc.<br>Petitioners | CASE NUMBER |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COME NOW PETITIONERS** Medical Card System, Inc., MCS Life Insurance, and MCS Advantage (collectively, MCS), through the undersigned counsels and very respectfully **SET FORTH** and **PRAY**:

Petitioners hereby inform that the subpoena challenged by appearing party is due tomorrow Thursday, January 24, 2008 at 12:00 pm. The subpoena commands the documents be produced at: Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago IL 60610.

**WHEREFORE** it is very respectfully requested from this Honorable Court to take note of the aforementioned.



FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day an exact and true copy of the instant document has been sent by certified mail to:

Robert H. Griffith, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago IL 60610
(Caremark/SilverScript's attorneys)

Pharm/DUR, Inc.
c/o Corporation Guarantee and Trust Company
The Brandywine Building 1001 West Street 17th Floor
Wilmington, DE 19801

In San Juan, Puerto Rico, this 23 day of January, 2008.

**RESPECTFULLY SUBMITTED.**

**LAW OFFICES OF PEDRO ORTIZ ÁLVAREZ, PSC**
P.O. Box 9009
Ponce, Puerto Rico 00732
Tel (787) 841-7575
Fax (787) 841-0000

*Carmen Edith [signature]*
CARMEN EDITH TORRES RODRÍGUEZ
USDC-PR Number 222313
e-mail: ctorres@poapr.com

2