IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  Subpoena served on Pharm/Dur, Inc.   )   Misc. No. 08-08-SLR

ORDER

At Wilmington this 24th day of January, 2008, having reviewed an emergency motion to quash subpoena duces tecum, which subpoena issued from this Court but requires the production of documents in Chicago, Illinois by a nonparty to litigation instituted in the District of Puerto Rico;[1] and its being apparent from a review of the docket to said underlying litigation that there is no confidentiality agreement in place;

IT IS ORDERED that said motion is granted, as the document requests to Pharm/DUR, Inc. are broad and are calculated to lead to the discovery of confidential information relating to movants.  I decline to endorse this litigation strategy in the absence of a confidentiality agreement between the parties to the underlying litigation.

United States District Judge

---

[1] Medical Card System, Inc., et al., v. CVS/Caremark, Inc., et al., Civ. No. 07-1951(JP) (D. P.R.) ("the underlying litigation").